ALEXANDER B. CVITAN (CSB 81746)
alc@rac-law.com
MARSHA M. HAMASAKI (CSB 102720)
marshah@rac-law.com
PETER A. HUTCHINSON (CSB 225399)
peterh@rac-law.com
Members of REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
Attorneys for Plaintiff

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CELL-CRETE CORPORATION, a California corporation,<br><br>Defendant. | CASE NO. CV13-2168 DMG (FFMx)<br><br>**ORDER RE DISMISSAL OF ACTION** |

1    The parties have filed a stipulation to dismiss this action pursuant to Federal
2 Rule Of Civil Procedure 41(a)(1)(a)(ii).  Accordingly, the above-captioned action is
3 dismissed in its entirety.  All litigation dates and deadlines are vacated and this case is
4 closed.  In accordance with the parties' stipulation, each party will bear its own
5 attorneys' fees and costs, except to any extent provided for under the terms of their
6 settlement agreement.

7

8 DATED:  February 5, 2014                             _____
                                                                              DOLLY M. GEE
9                                                                             UNITED STATES DISTRICT JUDGE

262864.1